UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: 1:17-mj-075 SAB |
| FRANCISCO SILVAR SALGADO, | |
| Defendant. | |

**FILED**

MAY 10 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee:  Francisco Silvar Salgado

Detained at:  Tulare County Jail

Detainee is:  a.)  ☐ charged in this district by:  ☐ Indictment  ☐ Information  ☒ Complaint
                    charging detainee with:  18 U.S.C. § 922(a)(1)(a) & 371-Dealing Firearms

       or  b.)  ☐ a witness not otherwise available by ordinary process of the Court  /Without a License

Detainee will:  a.)  ☐ return to the custody of detaining facility upon termination of proceedings
        or  b.)  ☒ be retained in federal custody until final disposition of federal charges, as a sentence
                    is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Kimberly A. Sanchez |
| Printed Name & Phone No: | KIMBERLY A. SANCHEZ, 559/497-4000 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:  **May 10, 2017**

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male  ☐Female | |
| Booking or CDC #: | 17-00008855 | DOB: | 08/07/1991 |
| Facility Address: | 36650 Rd. 112, Visalia, CA | Race: | Hispanic |
| Facility Phone: | 559/735-1750 | FBI#: | 63486VBO |
| Currently | | | |

## RETURN OF SERVICE

Executed on:  _____     _____

(signature)